# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CENTERLINE EQUIPMENT CORPORATION, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> BANNER PERSONNEL SERVICE, INC. and JOHN DOES 1-10, <br><br> Defendants. | No. 07 C 1611 <br><br> Judge Pallmeyer <br><br> Magistrate Judge Cole |

## MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER

Defendant, Banner Personnel Service, Inc. ("Banner"), by and through its attorneys, Tressler, Soderstrom, Maloney & Priess, LLP, hereby moves this Court to enter the attached agreed protective order related to confidential information.

1. The parties are now in the process of producing documents that contain confidential information.

2. The parties have discussed the need for a protective order and have agreed that they should enter into one.

3. The parties have exchanged drafts and comments regarding the protective order and reviewed this Court's standing order. The attached draft reflects both this Court's standing orders and the parties' comments and suggestions. Therefore, the parties would like to have the Court enter into the attached protective order. (A copy of the agreed protective order is attached to this Motion as Exhibit A).

WHEREFORE, Defendant, Banner Personnel Service, Inc. respectfully requests that this Court enter the agreed protective order.

                                        BANNER PERSONNEL SERVICE, INC.

                                        By:   /s/James K. Borcia
                                                   One of Its Attorneys

James K. Borcia
Katherine L. Haennicke
Tressler, Soderstrom, Maloney & Priess, LLP
233 South Wacker Drive
Sears Tower, 22nd Floor
Chicago, IL 60606-6399
(312) 627-4000

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CENTERLINE EQUIPMENT CORPORATION, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) ) | No. 07 C 1611 |
| v. | ) ) | Judge Pallmeyer |
| BANNER PERSONNEL SERVICE, INC. and JOHN DOES 1-10, | ) ) ) ) | Magistrate Judge Cole |
| Defendants. | ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2007, I electronically filed **Motion For Entry Of Agreed Protective Order** with the Clerk of Court using the CM/ECF system, which will send notification of such filings(s) to the following:

    Daniel Edelman
    Heather Kolbus
    Edelman, Combs, Latturner & Goodwin, LLC
    120 South LaSalle Street, 18th Floor
    Chicago, IL 60603

                                          BANNER PERSONNEL SERVICE, INC.

                                          By:___/s/James K. Borcia_____
                                                One of Its Attorneys

James K. Borcia
Katherine L. Haennicke
Tressler, Soderstrom, Maloney & Priess, LLP
233 South Wacker Drive
Sears Tower, 22nd Floor
Chicago, IL 60606-6399
(312) 627-4000