Order Form (01/2005)

MHN

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 1611 | **DATE** | 1/3/2008 |
| **CASE TITLE** | Centerline Equipment Corporation vs. Banner Personnel Service, Inc., et al | | |

**DOCKET ENTRY TEXT**

Defendant's motion for entry of agreed protective order [46] granted. Enter Stipulated Protective Order. Motion hearing held. Plaintiff's motion to compel [44] granted as stated in court; responses limited by agreement, to telephone numbers related to certain faxes. Documents to be produced within 7 days.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:08

| | Courtroom Deputy Initials: | ETV |
|---|---|---|